## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>-against-<br><br>KNEIPP CORPORATION OF AMERICA, INC.<br><br>Defendant. | Case No. 2:19-CV-05757-GEKP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
       May 5, 2020

       Respectfully submitted,

       */s/* David S. Glanzberg
       Glanzberg Tobia Law, P.C.
       *Attorneys for Plaintiff*